UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
      In the Matter of
    ARBITRATION OF DISPUTES
      Between
Laundry, Dry Cleaning Workers and Allied
Industries Health Fund, UNITE HERE! and
Laundry, Dry Cleaning Workers and Allied
Industries Retirement Fund, UNITE HERE!,
        Petitioners,
        and
   Multi-Pak Corporation,
        Respondent.
---------------------------------------------------X

JUDGE KOELTL
Index No. 08 CIV. 4081(JGK)

AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
               S.S.:
COUNTY OF NEW YORK)

      TIMOTHY M. BOTTI, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 12th day of May 2008, at approximately 11:50 a.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE, PETITION TO CONFIRM ARBITRATION AWARD, NOTICE OF PETITION AND MEMORANDUM OF LAW** upon Multi-Pak Corporation at 180 Atlantic Street, Hackensack, NJ 07601, by personally delivering and leaving the same with Pat Wullen, Officer Manager, who informed deponent that she is an agent authorized by appointment to receive service at that address.

      Pat Wullen is a white female, approximately 58 years of age, stands approximately 5 feet 6 inches tall and weighs approximately 135 pounds with curly reddish brown hair and dark eyes wearing glasses.

TIMOTHY M. BOTTI #843358

Sworn to before me this
14th day of May 2008

NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20___