UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LAUNDRY, DRY CLEANING AND ALLIED INDUSTRIES
HEALTH FUND, UNITE HERE!

                    Petitioner(s),

    -against-

MULTI-PAK CORPORATION,

                    Respondent(s),
------------------------------------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08
```

08 civ 4081 (JGK)

**ARBITRATION AWARD SCHEDULING ORDER**

A petition to confirm was filed on May 1, 2008

The plaintiff shall serve and file papers in response to the petition by **July 18, 2008.**

The defendant shall serve and file any reply papers by **August 1, 2008**

The Court will contact the parties in the action shortly thereafter for oral argument.

The petitioner is directed to serve a copy of this order along with the petition on the respondent.

SO ORDERED.

                                                      JOHN G. KOELTL
                                          UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       June 20, 2008