# △ UNITE HERE Fund Administrators

*An Affiliate of Amalgamated Life*

*UNITE HERE Fund Administrators, Inc.*

730 Broadway
New York, NY 10003-9511
212-539-5576
fax: 212-387-0710

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 8/20/08

August 19, 2008

**APPLICATION GRANTED**
**SO ORDERED**

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
8/19/08

<u>**VIA FAX (212) 805-7912**</u>

Honorable John G. Koeltl
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  Laundry, Drycleaning Workers and Allied Industries Health Fund,
UNITE HERE, et al. -v.- Multi-Pak Corporation – 08 Civ. 4081 (JGK)

Dear Judge Koeltl:

    We represent the petitioners in the above-referenced proceeding to confirm an arbitration award for delinquent employee benefit fund contributions owing to two Taft-Hartley employee benefit funds. For the following reasons, we are writing to respectfully request a modification of the briefing schedule in this proceeding.

    On June 20, 2008, the Court issued the Arbitration Award Scheduling Order ("the Order"), which established the briefing schedule for the proceeding, and which required service of the Order with the petition to confirm arbitration award ("the petition"). Petitioners inadvertently failed to serve the Order with the petition. Consequently, while respondent was aware of the pendency of this proceeding from service of the petition, respondent did not know of the deadlines set forth in the Order.

    Given the foregoing and, after conversations with Don Fletcher of your Honor's Chambers, petitioners respectfully request that the Court permit the parties to proceed on the following schedule:

    Respondent shall serve and file papers in opposition to the petition on or before September 12, 2008;

    Petitioners shall serve and file reply papers on or before September 26, 2008; and

    Petitioners shall file proof of service of this schedule on or before September 5, 2008.



Honorable John G. Koeltl
August 19, 2008
Page 2

    We sincerely apologize to the Court for any inconvenience our inadvertent failure to serve the Order may have caused the Court.

    The Court's considerations are greatly appreciated.

Respectfully submitted,

David C. Sapp (DS5781)

cc(via facsimile):    Multi-Pak Corporation