UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAUNDRY, DRY CLEANING WORKERS AND ALLIED INDUSTRIES HEALTH FUND, UNITE HERE! and LAUNDRY, DRY CLEANING WORKERS AND ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE!,
                  Petitioners,

-v.-

MULTI-PAK CORPORATION,
                  Respondent.

**AFFIDAVIT OF SERVICE**
**08 CIV. 4081 (JGK)**

STATE OF NEW YORK   )
                                ) ss.
COUNTY OF NEW YORK  )

**EVELYN SOTO**, being duly sworn, deposes and says:

1. I am over 18 years of age, am not a party to this action, and reside in the Borough of Brooklyn, New York 11215.

2. On August 21, 2008, I served the Respondent herein with a copy of the Scheduling Order dated August 19, 2008 by causing a true copy of said Scheduling Order addressed to the Respondent at 180 Atlantic Street, Hackensack, New Jersey 07601 to be delivered to the United States Postal Service at a Post Office within the State of New York for certified mailing, return receipt number 7008 0150 0003 0448 1067 and regular mail, postage prepaid.

                                                                _____
                                                                Evelyn Soto

Sworn to, before me, this
21st day of August 2008

_Michele Reid_

MICHELE REID
Notary Public, State of New York
No. 01RE6159608
Qualified in Kings County
Commission Expires 01/22/2011